MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL RAY FRASHIER, JR.,<br><br>    Defendant. | No. CR 10-00627-CW<br><br>[PROPOSED] ORDER DETAINING DEFENDANT DANIEL RAY FRASHIER, JR. AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 17, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Laurel Beeler |

## I.  DETENTION ORDER

On September 14, 2010, the United States moved for Mr. Frashier's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Following a hearing under 18 U.S.C. § 3142(f), and considering the parties' proffers, and for the reasons stated on the record, Pretrial Services' report, and the factors set forth in 18 U.S.C. § 3142(g), the Court orders Mr. Frashier detained, as (based on the current record) no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other

[PROPOSED] ORDER
No. CR 10-0627-CW                      1

person and the community. *See* 18 U.S.C. §§ 3142(e) and (f). Specifically, the pretrial services report identified certain mental health issues that require further evaluation by a medical professional. Accordingly, this order is without prejudice to defense counsel presenting additional information about possible conditions of release.

Mr. Frashier is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id*. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id*. § 3142(i)(4).

## II. TIME EXCLUSION

The parties appeared for a detention hearing on September 17, 2010. The defendant was ordered detained and the matter was continued to September 30, 2010 for a status conference. The government has provided discovery. Defense counsel will require time to review the discovery. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 17, 2010 and September 30, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 17, 2010 and September 30, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between September 17, 2010 and September 30, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 20, 2010

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
No. CR 10-0627-CW                              2