MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3740
   Facsimile:  (510) 637-3724
   E-Mail:  Joshua. Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00627-CW |
| Plaintiff, | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DANIEL RAY FRASHIER, JR., | |
| Defendant. | |

     The parties appeared for a detention hearing on September 30, 2010 and on October 6, 2010 for a further detention hearing.  The matter was continued to November 15, 2010 for a status conference.  The government has produced a first tranche discovery.  Defense counsel is reviewing the discovery.  In addition, defense counsel has requested additional electronic discovery, which will require defense counsel to travel to view the evidence in government offices.  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 30, 2010 and November 15, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September

30, 2010 and November 15, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between September 30, 2010 and November 15, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 13, 2010    _____
LAUREL BEELER
United States Magistrate Judge