1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-10-0627-CW
                                     )
14          Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE STATUS
15      v.                            )   CONFERENCE AND EXCLUDE TIME
                                     )   UNDER THE SPEEDY TRIAL ACT
16  DANIEL FRASHIER,                 )
                                     )
17          Defendant.                )
                                     )
18

19          IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20  attorney, Joshua Hill, and the defendant through his attorney, Brian Berson, that the status
21  hearing presently set for November 15, 2010, be continued to January 12, 2011 at 10:00 a.m.
22  The reason for the request is that defense counsel continues to review discovery provided by the
23  government, and defense counsel is arranging for a psychological evaluation of the defendant.
24  The defense does not expect the evaluation to be complete prior to the end of December due to
25  the reviewer's schedule.  The parties agree that the delay is not attributable to lack of diligent
26  preparation on the part of the attorney for the government or defense counsel.  For these reasons,
27  the parties request that time under the Speedy Trial Act be excluded based on the defendant's
28  need for reasonable time necessary for effective preparation, taking into account the exercise of

1 due diligence. The parties agree that the waiver covers all time between the date of this
2 stipulation and January 12, 2011.

4 IT IS SO STIPULATED:

5 Dated: November 12, 2010                                             /S/
                                                            BRIAN BERSON
6                                                           *Attorney for Defendant*

8 Dated: November 12, 2010                                             /S/
                                                            JOSHUA HILL
9                                                           Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for November 15, 2010 is hereby rescheduled for January 12, 2011 at 10:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between November 12, 2010 and January 12, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 12, 2010 and January 12, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between November 12, 2010 and January 12, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 16, 2010
LAUREL BEELER
United States District Court Judge