1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340-S
       Oakland, California 94612
       Telephone:  (510) 637-3740
7      Facsimile:   (510) 637-3724
       E-Mail:      Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. CR-10-0627-CW
                                        )
14        Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                        )   ORDER TO CONTINUE STATUS
15   v.                                 )   CONFERENCE AND EXCLUDE TIME
                                        )   UNDER THE SPEEDY TRIAL ACT
16 DANIEL FRASHIER,                     )
                                        )
17        Defendant.                    )
                                        )
18

19       IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Brian Berson, that the status

21 hearing presently set for January 12, 2011, be continued to January 26, 2011 at 10:00 a.m.  The

22 reason for the request is that defense counsel continues to review discovery provided by the

23 government, and defense counsel has arranged for a psychological evaluation of the defendant.

24 The mental health expert retained by the defense has requested more time to complete his

25 review.  The parties agree that the delay is not attributable to lack of diligent preparation on the

26 part of the attorney for the government or defense counsel.  For these reasons, the parties request

27 that time under the Speedy Trial Act be excluded based on the defendant's need for reasonable

28 time necessary for effective preparation, taking into account the exercise of due diligence.  The

STIP AND ORDER

parties agree that the waiver covers all time between the date of this stipulation and January 26, 2011.

IT IS SO STIPULATED:

Dated: January 11, 2011                              /S/
                                                BRIAN BERSON
                                                *Attorney for Defendant*


Dated: January 11, 2011                              /S/
                                                JOSHUA HILL
                                                Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 12, 2011 is hereby rescheduled for January 26, 2011 at 10:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 12, 2011 and January 26, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 12, 2011 and January 26, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between January 12, 2011 and January 26, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


DATED: January 11, 2011                       _____
                                                HONORABLE DONNA M. RYU
                                                United States District Court Judge

STIP AND ORDER                                -2-