MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-0627-CW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) |
| DANIEL FRASHIER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Brian Berson, that the status hearing presently set for January 26, 2011, be continued to February 9, 2011 at 2:30 p.m. before the Honorable Claudia Wilken for change of plea. In the interim period, defense counsel continues to review discovery provided by the government and discuss the possible terms of a plea with the defendant. Defense counsel also awaits a final report related to a psychological evaluation of the defendant. The mental health expert retained by the defense has requested more time to complete his review. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the defendant's

STIP AND [PROPOSED] ORDER
CR-10-0627-CW

need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between the date of this stipulation and February 9, 2011.

IT IS SO STIPULATED:

Dated: January 24, 2011

          /S/
BRIAN BERSON
*Attorney for Defendant*

Dated: January 24, 2011

          /S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 26, 2011 is hereby rescheduled for February 9, 2011 at 2:30 p.m. before the Honorable Claudia Wilken for change of plea.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 24, 2011 and February 9, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 24, 2011 and February 9, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between January 24, 2011 and February 9, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 24, 2011

GRANTED
*Judge Donna M. Ryu*

_____
HONORABLE DONNA M. RYU
United States District Court Judge

STIP AND [PROPOSED] ORDER
CR-10-0627-CW                                          -2-