1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
          1301 Clay Street, Suite 340-S
6         Oakland, California 94612
          Telephone:  (510) 637-3740
7         Facsimile:  (510) 637-3724
          E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. CR-10-0627-CW
                                        )
14        Plaintiff,                    )   STIPULATION AND ORDER TO
                                        )   VACATE CHANGE OF PLEA, TO SET A
15     v.                               )   STATUS CONFERENCE AND EXCLUDE
                                        )   TIME UNDER THE SPEEDY TRIAL ACT
16 DANIEL FRASHIER,                     )
                                        )
17        Defendant.                    )
                                        )
18

19        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Brian Berson, that the change of

21 plea hearing presently set for March 9, 2011 at 2:30 p.m. be vacated and the matter set on March

22 28, 2011 at 9:30 a.m. before the Honorable Donna Ryu for status.  The reason for the

23 continuance is defense counsel continues to review discovery provided by the government and

24 discuss the possible terms of a plea with the defendant.  The parties are also reviewing a

25 comprehensive report detailing a psychological evaluation of the defendant prepared a mental

26 health expert retained by the defense.  Moreover, counsel for the government is scheduled to be

27 in trial the first two weeks of March.  The parties agree that the delay is not attributable to lack

28 of diligent preparation on the part of the attorney for the government or defense counsel.  For

STIP AND ORDER
CR-10-0627-CW

these reasons, the parties request that time under the Speedy Trial Act be excluded based on the defendant's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel. The parties agree that the waiver covers all time between the date of this stipulation and March 28, 2011.

IT IS SO STIPULATED:

Dated: February 25, 2011                          /S/
                                                  BRIAN BERSON
                                                  *Attorney for Defendant*

Dated: February 25, 2011                          /S/
                                                  JOSHUA HILL
                                                  Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for March 9, 2011 is hereby vacated, and the matter is set for March 28, 2011 at 9:30 a.m. before the Honorable Donna Ryu for status. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between February 25, 2011 and March 28, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 25, 2011 and March 28, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between February 28, 2011 and March 28, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 1, 2011                              _____
                                                  DONNA M. RYU
                                                  United States Magistrate Judge