1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340-S
6        Oakland, California 94612
         Telephone:  (510) 637-3740
7        Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-10-0627-CW
                                    )
14           Plaintiff,              )   STIPULATION AND ORDER TO
                                    )   CONTINUE STATUS CONFERENCE
15      v.                          )   AND EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
16 DANIEL FRASHIER,                 )
                                    )
17           Defendant.              )
                                    )

18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Brian Berson, that the status

21 conference presently set for March 28, 2011 be vacated and the matter set on April 20, 2011 at

22 2:30 p.m. before the Honorable Claudia Wilken for status or change of plea.  The reason for the

23 continuance is defense counsel continues to review discovery provided by the government and

24 discuss the possible terms of a plea with the defendant.  The parties are also reviewing a

25 comprehensive report detailing a psychological evaluation of the defendant prepared a mental

26 health expert retained by the defense.  The parties agree that the delay is not attributable to lack

27 of diligent preparation on the part of the attorney for the government or defense counsel.  For

28 these reasons, the parties request that time under the Speedy Trial Act be excluded based on the

STIP AND ORDER
CR-10-0627-CW

defendant's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between the date of this stipulation and April 20, 2011.

IT IS SO STIPULATED:

Dated: March 23, 2011

/S/
BRIAN BERSON
*Attorney for Defendant*

Dated: March 23, 2011

/S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for March 28, 2011 is hereby vacated, and the matter is set for April 20, 2011 at 2:20 p.m. before the Honorable Claudia Wilken for status or change of plea.  Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between March 23, 2011 and April 20, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 23, 2011 and April 20, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between March 23, 2011 and April 20, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 23, 2011

HONORABLE DONNA M. RYU
United States District Court Judge